# Supreme Court of Florida

_____

No. SC2025-0018

_____

**IN RE: AMENDMENTS TO RULES REGULATING THE FLORIDA BAR - RULES 4-7.19 AND 4-7.20.**

May 15, 2025

PER CURIAM.

The Florida Bar petitions this Court to amend Rules Regulating The Florida Bar 4-7.19 (Evaluation of Advertisements) and 4-7.20 (Exemptions from the Filing and Review Requirement).[1] The Bar's proposals were approved by the Board of Governors on a voice vote without objection. In accord with rule 1-12.1(g), the Bar published formal notice of its intent to file this petition in _The Florida Bar News_, and the notice directed interested parties to file comments directly with the Court. No comments were received.

Having considered the Bar's petition, we adopt the amendments to rules 4-7.19 and 4-7.20 as proposed. Rule 4-7.19

---

1. We have jurisdiction. _See_ art. V, § 15, Fla. Const.; _see also_ R. Regulating Fla. Bar 1-12.1.

is amended to permit the Bar to adjust the fees paid to the Bar for each advertisement, with prior notice to the Court of any increase in fees or imposition of new fees. This change will allow the Bar to offset its operating costs with regard to the evaluation and review of advertisements and to enforce the advertising rules. Rule 4-7.20 is amended to add new subdivision (h), which creates an exemption from the filing requirements of rule 4-7.19 for advertisements and other communications regarding legal services made by or on behalf of legal aid organizations.

Accordingly, we amend Rules Regulating The Florida Bar 4-7.19 and 4-7.20 as set forth in the appendix to this opinion. Deletions are indicated by struck-through type, and new language is indicated by underscoring. The amendments become effective July 14, 2025, at 12:01 a.m.

It is so ordered.

MUÑIZ, C.J., and CANADY, LABARGA, COURIEL, GROSSHANS, FRANCIS, and SASSO, JJ., concur.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THESE AMENDMENTS.

Original Proceeding – Florida Rules Regulating The Florida Bar

Roland Sanchez-Medina, Jr., President, Rosalyn Sia Baker-Barnes, President-elect, Joshua E. Doyle, Executive Director, Elizabeth Clark Tarbert, Division Director, Lawyer Regulation, and Kelly N. Smith, Senior Attorney, The Florida Bar, Tallahassee, Florida,

    for Petitioner

## APPENDIX

## RULE 4-7.19.  EVALUATION OF ADVERTISEMENTS

**(a)-(g)**     [No Change]

**(h)**   **Contents of Filing.**  A filing with The Florida Bar as required or permitted by this rule must include:

(1)-(7)     [No Change]

(8)     a fee paid to The Florida Bar, in an amount ~~of $150 for each advertisement timely filed as provided in this rule, or $250 for each advertisement not timely filed, which~~ set by the bar's executive director as approved by the Board of Governors. The Florida Bar will provide the Florida Supreme Court with 30 days' notice prior to the effectiveness of any increase in the amount of a fee or the imposition of any new fee. These fees will be used to offset the cost of evaluation and review of advertisements submitted under these rules and the cost of enforcing these rules; and

(9)          [No Change]

**(i)-(j)**     [No Change]

### Comment
[No Change]

## RULE 4-7.20.  EXEMPTIONS FROM THE FILING AND REVIEW REQUIREMENT

The following are exempt from the filing requirements of rule 4-7.19:

**(a)-(e)**     [No Change]

**(f)**     professional announcement cards stating new or changed associations, new offices, and similar changes relating to a lawyer

or law firm, and that are mailed only to other lawyers, relatives, close personal friends, and existing or former clients; ~~and~~

**(g)** information contained on the lawyer's Internet website(s)<u>; and</u>

**(h)** <u>advertisements and other communications regarding legal services made by or on behalf of a legal aid organization, which is a not-for-profit business entity as defined elsewhere in these rules</u>.